AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

BENNIE JAMES JOHNSON. III,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV 620-076

WARDEN BOBBITT, et al,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of this Court dated April 23, 2021, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court. Accordingly, Defendants' motion to dismiss is denied as moot, Plaintiff's complaint is dismissed without prejudice for failure to prosecute, and Plaintiff is denied leave to appeal in forma pauperis. This case stands cloesd.

April 23, 2021        John E. Triplett, Acting Clerk
*Date*        *Clerk*



(By) Deputy Clerk