AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

BENNIE JAMES JOHNSON, III.,

    Plaintiff,

v.

WARDEN BOBBITT, et al,

    Defendants.

AMENDED
JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV 620-076

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's Order of April 23, 2021, the Report and Recommendation of the Magistrate Judge is ADOPTED as the opinion of the Court. Plaintiff's Complaint is DISMISSED without prejudice for failure to follow this Court's Order and failure to prosecute, Defendants' Motions to Dismiss are DENIED as moot, Plaintiff is DENIED leave to appeal in forma paupers, and this civil action stands CLOSED.

04/23/2021
Date



John E. Triplett, Acting Clerk
Clerk

*Tara H. Burton*
(By) Deputy Clerk

GAS Rev 10/2020